Same case below, 377 Fed. Appx. 422.

**No. 10-381. Clarence L. Vance, Petitioner v. Illinois.**

562 U.S. 1005, 131 S. Ct. 534, 178 L. Ed. 2d 375, 2010 U.S. LEXIS 8552, ▇

November 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied.

Same case below, 394 Ill. App. 3d 1115, 369 Ill. Dec. 99, 985 N.E.2d 1085.

**No. 10-390. Edwin A. Ehlers, II, Petitioner v. United States.**

562 U.S. 1005, 131 S. Ct. 536, 178 L. Ed. 2d 375, 2010 U.S. LEXIS 8610.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 69 M.J. 190.

**No. 10-400. Stephen J. Murphy, Petitioner v. United States.**

562 U.S. 1005, 131 S. Ct. 536, 178 L. Ed. 2d 375, 2010 U.S. LEXIS 8506.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 745.

**No. 10-413. Gabriel R. Contreras, Petitioner v. United States.**

562 U.S. 1005, 131 S. Ct. 539, 178 L. Ed. 2d 375, 2010 U.S. LEXIS 8489.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 69 M.J. 120.

**No. 10-423. Javier Lopera, Petitioner v. United States.**

562 U.S. 1005, 131 S. Ct. 542, 178 L. Ed. 2d 375, 2010 U.S. LEXIS 8470.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-428. American Home Assurance Company, Petitioner v. UMG Recordings, Inc., et al.**

562 U.S. 1006, 131 S. Ct. 543, 178 L. Ed. 2d 375, 2010 U.S. LEXIS 8476.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 378 Fed. Appx. 766.

**No. 10-5263. Robert McMillan, Petitioner v. United States.**

562 U.S. 1006, 131 S. Ct. 504, 178 L. Ed. 2d 375, 2010 U.S. LEXIS 8567.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 600 F.3d 434.